DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED
SEP 10 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19 0431 |
| Plaintiff, | |
| v. | VIOLATION: 18 U.S.C. § 1341 – Mail Fraud |
| PETER EIDELMAN, | |
| Defendant. | SAN FRANCISCO VENUE |

WHA
MAG

INFORMATION

The United States Attorney charges:

Introductory Allegations

At all times relevant to this Information:

1.  Company A was a business headquartered within the Northern District of California in Newark, California.

2.  Defendant Peter EIDELMAN was employed as the Chief Financial Officer (CFO) of Company A. EIDELMAN's position involved, in part, approving Company A's payment of money to vendors of goods and services.

3.  SLC Advisors was the registered fictitious business name for the California limited liability corporation D2 Holdings, LLC.

4.  EIDELMAN was the sole member of D2 Holdings, LLC.

INFORMATION

5.      EIDELMAN opened a Bank of America checking account ending in account number -8847 under the name of D2 Holdings. EIDELMAN had sole signature authority over this account.

6.      EIDELMAN registered and controlled an internet domain with the address slcadvisors.com, and controlled all email accounts associated with that domain. One such email address was information@slcadvisors.com. EIDELMAN used "John Stone" rather than his own name as the display name for the email address information@slcadvisors.com.

7.      EIDELMAN established a "virtual office" for "D2 Holdings LLC, DBA SLC Advisors" in San Jose, California.

### The Scheme to Defraud

8.      Beginning on a date unknown but no later than May 2017, and continuing until at least February 2018, within the Northern District of California, EIDELMAN knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud victim Company A as to material matters, by means of false and fraudulent pretenses, representations, and promises, and the concealment of material facts. As part of the scheme to defraud, EIDELMAN took actions and made misrepresentations, including the following:

   a.      In May 2017, EIDELMAN used the email address information@slcadvisors.com to send a "Services Agreement" to his own Company A email address. The email purported to be sent by John Stone. The Services Agreement was a draft contract between Company A and SLC Advisors for consulting services.

   b.      EIDELMAN subsequently forwarded the Services Agreement to Company A's Vice President and General Counsel. In that email, EIDELMAN falsely stated that SLC Advisors would provide financial positioning and valuation analysis for Company A. In order to secure the execution of the Services Agreement, EIDELMAN submitted a New Supplier Form in which he falsely certified that SLC Advisors was a genuine supplier of services and was not a related party of any employee within the business.

   c.      In May 2017, EIDELMAN, purporting to be John Stone, signed the Services Agreement on behalf of SLC Advisors.

   d.      After the Services Agreement had been signed by the Vice President and General

Counsel of Company A on behalf of Company A, EIDELMAN submitted false invoices from SLC Advisors to Company A. These invoices, totaling $340,706.25, purported to seek payment for professional services, even though no services were ever provided by SLC Advisors to Company A. The invoices directed Company A to mail checks in the requested amounts to SLC Advisor's virtual office address in San Jose, California.

   e. For each of the five invoices, EIDELMAN approved the payment of funds from Company A to SLC Advisors.

   f. Approval of the invoices caused checks to be prepared, signed by company officials, and mailed from Company A's office in Newark, California to SLC Advisor's virtual office address in San Jose California. EIDELMAN received and deposited the mailed checks, totaling $340,706.25, into the D2 Holdings, LLC bank account that he opened and controlled.

## COUNT 1

 9. The allegations contained in paragraphs 1 – 8 are realleged.

 10. On or about July 27, 2017, in the Northern District of California, for the purpose of executing the above-described scheme and artifice to defraud, the defendant

PETER EIDELMAN

did knowingly cause to be delivered by a commercial interstate carrier a check in the amount of $82,612.50 from Company A's headquarters in Newark, California to the mailbox of SLC Advisors at 2750 North First Street, Second Floor, San Jose California 95131.

DATED: 9/9/19

              DAVID L. ANDERSON
              United States Attorney

              AJAY KRISHNAMURTHY
              Assistant United States Attorney

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

--- OFFENSE CHARGED ---

18 USC s 1341 (mail fraud)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 20 years' imprisonment; maximum $250,000 fine; maximum 3-year term of supervised release; forfeiture; restitution

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 10 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

--- DEFENDANT - U.S ---
▶ Peter Eidelman

DISTRICT COURT NUMBER
CR 19 0431

MAG
WHA

--- PROCEEDING ---

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Ajay Krishnamurthy

--- DEFENDANT ---

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments: