John Hamasaki (SBN: 260031)
john@hamasakilaw.com
**HAMASAKI LAW**
534 Pacific Avenue
San Francisco, CA 94133
Tel: (415) 525-4245
Fax: (415) 276-2871

Attorney for Defendant PETER EIDELMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER EIDELMAN,<br><br>Defendant. | CASE NO. CR-19-00431-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING** |

    Defendant Peter Eidelman, through his counsel, John Hamasaki, and the United States, through its counsel, Ajay Krishnamurthy, hereby stipulate and request to continue the sentencing hearing currently scheduled to occur on February 11, 2020 at 2 p.m. to March 24, 2020 at 2 p.m.

    Good cause exists for the stipulated request for continuance on the grounds that counsel for Mr. Eidelman requires additional time to complete investigation into Mr. Eidelman's personal history for submission to Jessica Goldsberry, the assigned probation officer, to assist in preparation of the presentence investigation report. In addition, Ms. Goldsberry contacted counsel for Mr. Eidelman and stated that she would support a 45-day continuance due to scheduling challenges around the holidays.

1  SO STIPULATED

2

3  Dated:    December 24, 2020

4                                                         /s/ John Hamasaki

5                                                         John Hamasaki
                                                          Attorney for Defendant Peter Eidelman
6

7  Dated:    December 24, 2020

8

9                                                         /s/ Ajay Krishnamurthy

10                                                        Ajay Krishnamurthy
                                                          Assistant United States Attorney
11

12  SO ORDERED.

13

14  Dated:

15

16

17                                                        William H. Alsup
                                                          United States District Judge
18