John Hamasaki (SBN: 260031)
john@hamasakilaw.com
**HAMASAKI LAW**
534 Pacific Avenue
San Francisco, CA 94133
Tel: (415) 525-4245
Fax: (415) 276-2871

Attorney for Defendant
PETER EIDELMAN

```
FILED

Jul 10 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER EIDELMAN,<br><br>Defendant. | CASE NO. CR-19-00431-WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANT PETER EIDELMAN'S ADMINISTRATIVE MOTION TO FILE CHARACTER REFERENCE LETTERS, PSYCHOLOGICAL EVALUATION, AND THERAPIST LETTER UNDER SEAL<br><br>Date: July 14, 2020<br>Time: 1:30 p.m.<br>Court: Hon. William H. Alsup |

Good cause having been shown, IT IS HEREBY ORDERED that the following character reference letters, psychological evaluation report, and therapist letter shall be filed under seal:

1. February 12, 2020 Letter from Peter Eidelman;

2. February 11, 2020 Letter from Sharon Parvizi;

3. December 3, 2019 Letter from Lauren Parvizi;

4. December 30, 2019 Letter from Parker Cox;

5. November 27, 2019 Letter from Sydnie Eidelman;

6. December 16, 2019 Letter from Charlotte Eidelman;

7. December 4, 2019 Letter from Allison Gregg;

8. Undated Letter from James Andrew Eidelman;

9. November 30, 2019 Letter from Cyndie Lane;

10. December 4, 2019 Letter from John Lane;

11. December 2, 2019 Letter from Karen Lane;

12. January 1, 2019 Letter from Sandra Lane;

13. December 1, 2019 Letter from Diana Lane;

14. December 24, 2019 Letter from Jerry Lane;

15. December 1, 2019 Letter from Vera Lane;

16. November 30, 2019 Letter from Joan Murrin;

17. December 1, 2019 Letter from Michael Lutter;

18. December 4, 2019 Letter from Michael Parlapiano;

19. November 27, 2019 Letter from Joel Dunn;

20. December 29, 2019 Letter from Yousef Parvizi;

21. December 5, 2019 Letter from Robert Kasman;

22. February 25, 2020 Psychological Assessment Report from Amanda Gregory;

23. February 3, 2020 Letter from Kaye Bishop.

IT IS SO ORDERED.

Dated: _____July 9, 2020._____            _____
                                              William H. Alsup
                                              United Stated District Court Judge