UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL MINUTE ORDER

| Case No.: 19-cr-00431-WHA-1 | Case Name: USA v. Peter Eidelman (present, no custody) | |
|---|---|---|
| District Judge: WILLIAM ALSUP | Date: July 14, 2020 | Time: 21 M |

**Attorney for Plaintiff:** Ajay Krishnamurthy
**Attorney for Defendant:** John Hamasaki
**Interpreter:** NA
**US Pretrial Officer:** NA
**US Probation Officer:** Jessica Goldsberry

**Deputy Clerk:** Karen Hom                                    **Court Reporter:** JoAnn Bryce

**IN PERSON/AT&T TELECONFERENCE PROCEEDINGS**

Sentencing - Held

**ORDERED AFTER HEARING**

Mr. Eidelman is sentenced to the custody of the BOP for a term of sixteen (16) months. Upon release he shall be on Supervised Release for three (3) years subject to the standard and special conditions as stated in the judgment. Mr. Eidelman is not subject to mandatory drug testing.

Mr. Eidelman shall self-surrender on **9/25/2020 by Noon**, to the designated BOP facility, or if he has not been designated he shall report to the USM located on the 20th Floor, 450 Golden Gate Avenue, San Francisco, CA.

SAF: $100.00 due immediately. FINE: $10,000. RESTITUTION: $380,935.21.

**NOTES:** Payment Due on Sentencing Date given to Mr. Hamasaki. Clerk advised Mr. Hamasaki that due to the clerk's office being closed, Mr. Eidelman will need to mail in his SAF payment.

**CASE CONTINUED TO:**   12/14/2021 at 2:00 PM for Status upon release.

**Order to be prepared by:**
 [ ] Plaintiff         [ ] Defendant          [ ] Court          [X] Probation
**cc:** USM