1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
4
5  JULIE C. REAGIN (CABN 167934)
   Assistant United States Attorney
6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7181
        Fax: (415) 436-6570
8       Email: Julie.Reagin@usdoj.gov
9  Attorneys for Plaintiff
10

11                    UNITED STATES DISTRICT COURT
12                   NORTHERN DISTRICT OF CALIFORNIA
13                        SAN FRANCISCO DIVISION
14

15 | UNITED STATES OF AMERICA,         | CASE NO. 19-00431-001 WHA |
16 |     Plaintiff,                    |                            |
17 |     v.                            | [PROPOSED] ORDER GRANTING UNITED STATES OF AMERICA'S MOTION FOR ORDER TO APPLY FUNDS HELD BY UNITED STATES MARSHALS SERVICE TO PAYMENT OF RESTITUTION |
18 | PETER EIDELMAN,                   |                            |
19 |     Defendant.                    |                            |

23     Upon consideration of the United States' Motion to Apply Funds Held by the United States
24 Marshals Service to Payment of Restitution and for good cause shown,
25     IT IS HEREBY ORDERED that the United States' Motion to Apply Funds is granted.
26     IT IS FURTHER ORDERED that the Three Hundred Forty Thousand Seven Hundred Six
27 Dollars and 25/100 Dollars ($340,706.25), as well as any accrued interest, belonging to Defendant, Peter
28 Eidelman, and held by the United States Marshals Service be turned over to the Clerk of the Court for

payment of the outstanding restitution obligation imposed against the defendant in case number 19-00431-001-WHA.  Said funds should be made payable to the United States District Court Clerk, and mailed to The United States District Court Clerk, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102.  Any amounts received that are in excess of Defendant's restitution debt balance are to be remitted to Defendant by the Finance Unit of the Clerk of the Court.

        IT IS SO ORDERED.

Dated:  July 24, 2020.

_____
WILLIAM ALSUP
United States District Judge